Argued and submitted August 20, affirmed November 17, 1993

## ROBERT DUNCAN,
*Petitioner,*

*v.*

## BOARD OF PAROLE AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A74925)

862 P2d 1326

Lawrence J. Hall, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Harrison Latto, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *Flowers v. Board of Parole*, 124 Or App 331, 862 P2d 1312 (1993).